[No. 30586-1-II. Division Two. August 24, 2004.]

*In the Matter of the Marriage of* TERESA E. ASPLUND, *Appellant*, and GRANT R. ASPLUND, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-01350-7, Thomas P. Larkin, J., entered July 3, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 30608-5-II; 30611-5-II. Division Two. August 24, 2004.]

MONICA MORALES, *Appellant*, v. JOSUE A. MORALES, *Respondent*.

MONICA MORALES, *Appellant*, v. MARIO A. MORALES, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 03-2-01481-3 and 03-2-01482-1, Bryan E. Chushcoff, J., entered July 17, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.

[No. 30630-1-II. Division Two. August 24, 2004.]

CARLA SIEMER, *Respondent*, v. ERNEST M. EDSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-02351-9, John F. Nichols, J., entered July 14, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 44442-5-I. Division One. August 30, 2004.]

*In the Matter of the Detention of* LEROY GLENN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-23737-8, Joan E. DuBuque, J., entered March 15, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Kennedy, J.